UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-22600-CIV-SEITZ/SIMONTON

OSCAR MORALES, et al.,

    Plaintiffs,

v.

SOUND DRYWALL & ACOUSTIC,
INC., and JAMES HARMAN, JR.,

    Defendants.

_____/

## ORDER SETTING FAIRNESS HEARING

This matter is before the Court upon the parties' Motion for Court Approval of the Settlement Agreement and for Voluntary Dismissal of Claims With Prejudice (DE # 6). The Honorable Patricia A. Seitz, United States District Judge, has referred this matter to the undersigned Magistrate Judge for purposes of conducting a fairness hearing (DE # 7). Having been advised that the parties have reached a settlement, it is

**ORDERED AND ADJUDGED** that a telephonic fairness hearing pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on Wednesday, September 7, 2011, at 2:00 p.m. Counsel for Plaintiff and Defendants shall each call the chambers of the undersigned (305-523-5930) at the date and time of the hearing. The parties shall be prepared to discuss the settlement agreement terms and the reasonableness of Plaintiff's counsel's fees. Request for continuance of this cause shall not be considered unless addressed to this Court by motion.

**DONE AND ORDERED** in chambers at Miami, Florida, September 2, 2011.

*[signature: Andrea M. Simonton]*
_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies provided via CM/ECF to:**

**The Honorable Patricia A. Seitz,**
**United States District Judge**
**Counsel for Plaintiff**

**Copies provided by chambers of the undersigned via U.S. postal mail to:**

**Sound Drywall & Acoustic, Inc.**
**c/o All Florida Firm, Inc.**
**813 Deltona Blvd., Suite A**
**Deltona, FL 32725**

**James Harman, Jr.**
**12308 NW 26th St.**
**Coral Springs, FL 33065**